IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY W. KIRK,

    Plaintiff,                    No. CIV S-10-0373 KJN (TEMP) P

    vs.

T. RICHARDS,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff has filed a motion in which he requests that the court hold a settlement conference. Defendant has indicated that he is not interested in participating in a settlement conference at present. Therefore, plaintiff's motion for a settlement conference (#20) is denied.

DATED: February 18, 2011

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

kirk0373.sc