1  **WILLIAMS & ASSOCIATES**
2  1250 Sutterville Road, Ste. 290
   Sacramento, CA  95822
3  (916) 456-1122
   (916) 737-1126 (fax)
4  Kathleen J. Williams, CSB #127021
   Matthew Ross Wilson, CSB #236309
5
6  Attorneys for defendant
   RICHARDS
7
8  **IN THE UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10
11 LARRY W. KIRK,              )   CASE NO: 2:10-CV-00373-GEB-CKD P
                               )
12             Plaintiff,      )   **ORDER**
                               )
13 vs.                         )
                               )
14 T. RICHARDS,                )
                               )
15             Defendants.     )
                               )
16 _____

17                          **ORDER**

18     Defendant RICHARDS seeks an order from the Court, pursuant to Federal Rule
19 of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of
20 plaintiff LARRY W. KIRK via videoconference so as to avoid the unnecessary expense
21 of traveling approximately 200 miles from Sacramento to the plaintiff's place of
22 incarceration in Soledad, California.
23     Having read the defendant's request, and good cause appearing,
24     IT IS HEREBY ORDERED THAT:
25     1.   Defendant's request to conduct plaintiff's deposition via
26 videoconference is GRANTED.
27 / / /
28 / / /

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated: November 17, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE